# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

JOSEPH CARTER BANNON

1:25-cv-00351-JMS-TAB

VS.

HAMILTON COUNTY JAIL MEDICAL-DEPARTMENT
+ DEFENDENTS

CAUSE #

## * SECTION 1983 *
## PRISONER COMPLAINT

DEFENDENT'S NAME AND - JOB TITLE:

WORK ADDRESS/ALL-DEFENDENTS
HAMILTON COUNTY JAIL
18102 CUMBERLAND ROAD
NOBLESVILLE IN. 46060

(ALL DEFENDENT'S)

(1) R.N (MICHELLE)
TITLE: R.N

(2) R.N (KRISTENA)
TITLE: R.N

(3) R.N. (MULLINS)
TITLE: R.N.

(4) R.N. (GINA)
TITLE: R.N

(5) R.N HEATHER
TITLE R.N

(6) (Dr. Abrahams)
Doctor / MAT Provider

(1) I AM SUING (6) DEFENDANTS.

(2) HAMILTON COUNTY JAIL
18102 CUMBERLAND ROAD
NOBLESVILLE INDIANA 46060

(3) (YES) THIS EVENT DID HAPPEN WHILE A PRE-TRIAL DETAINEE AT HAMILTON COUNTY JAIL

(4) THESE EVENTS DID TAKE PLACE ON | DATES Mentioned.

(CLAIMS AND FACTS)

PLAINTIFF JOSEPH BANNON HAVE SUFFERED FROM SEVERE O.U.D. opiate-Dependency FOR THE LAST (11) YEARS SINCE THE AGE OF 30.

AFTER SEVERAL YEARS OF SEVERAL TYPES OF TREATMENT SERVICES AND NEAR DEATH RELAPSES

RESULTING IN OVERDOSES PLAINTIFF WAS CLINICALLY DIAGNOSED O.U.D AND PRESCRIBED SUBOXONE FOR TREATMENT FROM PRIMARY CARE PROVIDER PRIOR TO INCARCERATION Originally IN 2014.

PLAINTIFF HAS HAD GREAT DEALS OF SUCCESS WHILE PRESCRIBED SUBOXONE THERAPY / TREATMENT.

PLAINTIFF HAS BEEN AND IS CURRENTLY INCARCERATED IN HAMILTON COUNTY JAIL AND STATES CLAIMS AS FOLLOWS, TO:

PLAINTIFF ARRIVED AT HAMILTON COUNTY JAIL ON 10/28/2024. PLAINTIFF HAS AND HAD A CURRENT PRESCRIPTION OF SUBOXONE TO TREAT AND MANAGE HIS DIAGNOSED "O.U.D" FROM HIS (OUTSIDE) PRIMARY CARE PROVIDER GROUPS RECOVERY, M.D Services. ANDERSON IN.

THE F.D.A HAS APPROVED SEVERAL MEDICATIONS TO TREAT DIAGNOSED (O.U.D) PATIENTS While INCARCERATED AS PRE-TRIAL DETAINEES AND CONVICTED OFFENDERS SERVING EXECUTED SENTENCES

IT IS A SPECIAL PROGRAM CALLED (M.A.T) I.E MEDICATION ASSISTED TREATMENT. SEE: U.S 3 FOOD DRUG ADMINISTRATION, https/ TREATMENT WWW. fda. gov/ drugs / information-drug-class.

SPECIFICALLY THIS FEDERALLY FUNDED PROGRAM

IS APPROVED TO PRESCRIBE SUBOXONE, METHADONE, SUBUTEX, VIVITROL, NALTREXONE TO PATIENTS SUFFERING FROM O.U.D.

MORE SPECIFICALLY WITH PATIENTS Entering PENAL OR CORRECTIONAL FACILITYS WITH CURRENT, VALID PRESCRIPTIONS CAN (CONTINUE) THE PRESCRIPTION AS LONG AS MEDICALLY NECESSARY THE ENTIRETY OF HIS / HER SENTENCE

THIS COMPLAINT ARISES FROM PLAINTIFF BEING DETAINED AND ARRESTED AND PLACED AT HAMILTON COUNTY JAIL, LOCATION: 18102 CUMBERLAND ROAD, NOBLESVILLE IN. 46060.

PLAINTIFF WAS BOOKED IN HAMILTON COUNTY JAIL ON 10/28/2024

PLAINTIFF ARRIVED WITH A CURRENT PRESCRIPTION OF SUBOXONE 1.8 mg. Am 1.12mg. p.m. daily TO TREAT AND MANAGE HIS O.U.D.

UPON INTAKE WHILE BEING PROCESSED AND ASSESSED / CLEARED BY MEDICAL AS PER-POLICY PLAINTIFF SPOKE TO R.N. MICHELLE REGARDING M.A.T PROGRAM TO CONTINUE HIS CURRENT EXISTING PRESCRIBED MEDICATIONS (SUBOXONE)

R.N. MICHELLE REQUESTED PLAINTIFF TAKE A URINALYS TO MAKE SURE HE HAD HIS CURRENT PRESCRIBED MEDICATION IN HIS SYSTEM. "Soboxon" I.E. Bureophine —

PLAINTIFF TESTED POSITIVE FOR SUBOXONE I.E (BUPROPHINE) AS WELL AS BENZOS AND ALCHOLOL.

PLAINTIFF INSTRUCTED MEDICAL STAFF, MICHELLE THAT HE HAD RECENTLY BEEN DISCHARGED FROM RIVERVIEW HEALTH AND PRESCRIBED BENZOS AND GAVE R.N MICHELLE ALL THE PROVIDER INFORMATION FOR VERIFICATION.

PLAINTIFF ALSO INSTRUCTED R.N MICHELLE THAT HE HAD DRANK A FEW BEERS EARLIER BEFORE HIS ARREST WHICH WAS NOT A CRIME OR ILLEGAL AS R.N MICHELLE WAS ALREADY STATING THAT SHE WAS DISCONTINUING PLAINTIFF'S EXISTING AND CURRENT PRESCRIPTION TO MANAGE AND TREAT HIS DIAGNOSED (O.U.D).

BE IT NOTED: ON SEVERAL PRIOR OCCASIONS WHEN PLAINTIFF WAS ARRESTED AND DETAINED IN HAMILTON COUNTY JAIL. (EX: B)

ON EACH ARREST HAMILTON COUNTY JAIL MEDICAL-DEPARTMENT HAS DISCONTINUED HIS CURRENT PRESCRIPTION AND OFFERED NO (SUBSTITUTES) TO TREAT HIS DIAGNOSED O.U.D.

FUTHER PLAINTIFF'S (O.U.D) WAS NOT (CURED) AS IT IS A LIFE-LONG CHRONIC-DISEASE.

UNDER THE 8th AMENDMENT OFFENDERS ARE NOT ENTITLED TO CARE OF CHOICE, OR BEST CARE BUT ARE IN FACT ENTITLED SOME

CARE

FUTHER "MICHELLE" REFUSED TO (PROPERLY) TAPER OFF PLAINTIFF SUBOXONE PRESCRIPTION AND OR MANAGE WITHDRAWAL AND (DETOX) WITH MEDICATIONS AND OBSERVATION.

BEING DELIBERITLY INDIFFERENCE TO HIS SERIOUS MEDICAL-DISEASE.

PLAINTIFF HAD (SEVERE) COMPLICATIONS FROM BEING (ABRUTLY) DISCONTINUED UPON HIS ENTRY TO HAMILTON COUNTY JAIL.

DEFENDANT 2 ON/ABOUT DATES BETWEEN 10/29/2024 - 11-2-2024 PLAINTIFF SPOKE TO AND complained of Withdrawal Symptoms being related to Not being managed or weaned OFF HIS PRESCRIBED SUBOXONE. PLAINTIFF ASK R.N MICHELLE TO SEE THE M.A.T. PROVIDER AND SHE REPLIED THE DECISION WAS MADE AND HE WOULD NOT RECIEVE ANY M.A.T. SERVICES WHILE AT HAMILTON COUNTY JAIL.

DEFENDANT 3 ON/ABOUT 11-3 through 11-5 PLAINTIFF SPOKE TO R.N MULLINS DURING A.M. MED-PASS AND COMPLAINED OF WITHDRAW SYMPTOMS And REMINDED (MULLINS) THAT HE FEARED GOING BACK INTO (EPILEPTIC - SIEZURES) Being TRIGGERED FROM WITHDRAWING FROM HIS PRESCRIBED

O.U.D MEDICATION. I.E (Suboxone). PLAINTIFF URGED MS. MULLINS TO RECONSIDER And She STATED JUST TAKE YOUR SIEZURE MED AND YOU Should BE FINE.

ON 11-5-2024 WHILE HOUSED IN GENERAL POPULATION PLAINTIFF WAS REMOVED FROM CELL FOR A CELL-SEARCH AND HAD A STRESS INDUCED SIEZURE RESULTING IN BEING TRANSPORTED TO RIVERVIEW HOSPITAL.

AFTER APPROX 24 TO 36 HOURS PLAINTIFF WAS STABLIZED AND RETURNED TO HAMILTON COUNTY JAIL ON/ABOUT 11-7-2024

DEFENDANT #4

ON/ABOUT AND BETWEEN THE DATES OF 11-8-2024 AND 11-14-2024 PLAINTIFF SPOKE TO R.N GINA ON SEVERAL OCCASIONS REGARDING HIS SUBOXONE AND WAS Told She Could NOT DO Anything THAT IT WAS NOT UP TO HER.

ON/ABOUT 11-14-2024 PLAINTIFF HAD SEVERAL MEDICAL COMPLICATIONS And SIEZURES RELATED TO (WITHDRAWALS) FROM Suboxone.

PLAINTIFF WAS TAKEN TO MEDICAL where HE WAS PLACED IN A OBSERVATION CELL AND SPOKE TO DEFENDENT #1. R.N MICHELLE.

DEFENDANT #1

R.N MICHELLE ADVISED PLAINTIFF THAT HE SMELLED OF URINE AND PLAINTIFF INFORMED R.N MICHELLE THAT HE HAD BEEN DETOXING AND HAD SEVERAL SIEZURES. AND ASK HER

WHY HE COULD NOT HAVE HIS CURRENT / VALID SUBOXONE PRESCRIPTION AND WHY HE WAS HOUSED NOT PROPERLY DUE TO HIS MEDICAL COMPLICATIONS.

I.E. PLAINTIFF IS DR. ORDERED TO BE HOUSED ON A BOTTOM-TIER / BOTTOM BUNK W/ A ROOMATE OR OBSERVATION.

HAD THIS BEEN IMPLEMENTED PLAINTIFF WOULD NOT HAVE SUFFERED AS MANY SIEZURES WITHOUT RECIEVING CARE.

DEFENDANT #1 FURTHER R.N. MICHELLE I.E DEFENDANT #1 INSTRUCTED PLAINTIFF SHE WOULD ORDER HIM MEDICATIONS TO MANAGE HIS WITHDRAWAL SYMPTOMS. (SHE NEVER RETURNED) THE SAME DAY WHICH I BELIEVE TO BE 11-14-2024 THE MEDICAL-RECORDS WILL SPECIFY EXACT DATES ONCE RELEASED.) I HAD ANOTHER 15/20 MINUTE SIEZURE WHICH RESULTED IN AGAIN BEING TAKEN TO RIVERVIEW HOSPITAL.

NOTE: THE HOSPITAL INFORMED ME THAT I WAS HAVING SEVERE MEDICAL COMPLICATIONS FROM WITHDRAWING FROM SUBOXONE AND THE PROVIDER AT RIVERVIEW HOSPITAL REINSTATED AND ADMINISTERED MY SUBOXONE (WHICH STABALIZED ME) AND AFTER SEVERAL DAYS I WAS RETURNED TO THE JAIL (HAMILTON COUNTY JAIL) ON/ABOUT AFTER SPENDING SEVERAL DAYS IN RECOVERY.

UPON RETURN ON/ABOUT AFTER BEING RELEASED FROM RIVERVIEW HOSPITAL I WAS ASSESED BY MEDICAL DEFENDENT #1, DEFENDENT #5 R.N. MICHELLE / R.N HEATHER AND TOLD THAT I COULD NOT HAVE MY SUBOXONE. I.E. MY LIFE-SAVING MEDICATION TO TREAT MY O.U.D THAT WITHOUT CAUSED SERIOUS MEDICAL COMPLICATIONS. FUTHER I HAD JUST BEEN RELEASED FROM THE HOSPITAL WHO ORDERED IT TO KEEP ME STABALIZED. I SUFFERED SEVERE WITHDRAWL SYMPTOMS. SIEZURES, VOMITING, ANXIETY, DEPRESSION, HOT-FLASHES, DEHYDRATION AMONG OTHER ISSUES.

HAD MY MAT APPROVED MEDICATIONS NOT BEEN WITHHELD UPON MY ENTRY TO HAMILTON COUNTY JAIL I WOULD NOT HAVE SUFFERED AND HAD TO RECIEVE EMERGENCY CARE.

FUTHER ALL DEFENDENTS ARE LIABLE UNDER A AMERICANS WITH DISABILITY ACT VIOLATION' REHABILITATION ACT. 504.

AMERICANS WITH DISABILITY ACT VIOLATION:

(1) I. PLAINTIFF AM A QUALIFIED PERSON.
(2) BEING DENIED FROM PROGRAM COMPLETLY FOR MY DISABILITY.
(3) WITH A DISABILITY (DIAGNOSED O.U.D)
(4) YES: ALL M.A.T. PROGRAMS RECIEVE FEDERAL-FUNDING

RESPECTFULLY SUBMITTED:
Joseph Barron
DATE: 2-17-25

(5) WHEN DID THIS HAPPEN?
BETWEEN 10/28/2024 THROUGH 11-14-2024.

(6) HAVE YOU SUED ANYONE FOR THIS EXACT-EVENT-
(YES) I HAVE SUED ONLY CORRECTIONAL OFFICER AT HAMILTON COUNTY JAIL FOR (NOT) HOUSING ME ACCORDINGLY Under CASE # 1:25-CV-00255-JMS-MG

(7) YES, I HAVE EXAUSTED ALL ADMINISTRATIVE REMEDIES AT HAMILTON COUNTY JAIL VIA KIOSK.

(8) I AM SUING FOR COMPENSARY / PUNITIVE DAMAGES IN AMOUNT OF $750,000.00 - Per DEFENDANT. FOR CRUEL UNUSUAL PUNISHMENT AND DELIBERATE INDIFFERENCE

X JB - I WILL PRE-PAY THE FILING FEE OR file a PRISONER MOTION TO PROCEED IN FORMA-PAUPERIS.

X JB - I WILL KEEP A COPY OF THIS COMPLAINT FOR MY RECORDS

X, JB I WILL PROMPTLY NOTIFY THE COURT OF ANY CHANGE OF Address.

X. JB I (WILL NOT) SEND MORE Than ONE COPY OF ANY WAIVER OR FORMS.

X. JB -I (WILL NOT) SEND SUMMONS. USM-285 OR WAIVER FORMS TO CLERK

X JB

X. JB I DECLARE UNDER (PENALTY OF PERJURY) THAT THE STATEMENTS IN THIS Complaint ARE TRUE.

I PLACED THIS Complaint IN THE MAIL SYSTEM ON Feb. | 17th | 2025 |

X. [signature]

X. Joseph Bannon

RESPECTFULLY SUBMITTED

[signature]

Joseph C. Bannon # 42225
18102 Cumberland rd.
Noblesville, IN.
46060

INDIANAPOLIS IN 460
19 FEB 2025 PM 3 L




United States District Court
~ Southern District of Indiana ~
Indianapolis Division
46 East Ohio st
Indianapolis, IN.
46204

46204-190399

FILED
FEB 21 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA