United States District Court
Southern District of Indiana
Indianapolis Division

JOSEPH C. BANNON,
    Plaintiff,

      V.

HAMILTON COUNTY JAIL Medical
Department,
  HAMILTON COUNTY JAIL et. al.

)
) NO.
) 1:25-CV-00351-JMS-TAB,
) 1:25-CV-00255-JMS-MG
)
)
)
)
)
)
)

## - MOTION TO AMMEND -

Comes Now Joseph C. Bannon, Plaintiff, PRO SE Motions this Honorable Court Under U.S.C. to Ammend the The above mention Cases and Combine them together:

1.) Both of the above mentioned Cases transpired at the Same Entity/Location, and Same approx. Time, Hamilton County Jail et. al.

2.) A lot of Same Staff (C.O.'s) and (Medical Staff) ~~and~~ will be witness in both Cases Creating a Large Convienence for all parties.

3.) Furthermore, Joseph C. Bannon, Plaintiff, Has paid the filing fee for One of the Cases and will NOT have accessible funds to pay another Case as well.

## - AFFIANT -

I Plaintiff, Joseph C. Bannon Swear Under the penalties of Perjury that the forementioned in this Motion is True to the best of his knowledge, Furthermore, I swear that this has been placed in the U.S. Mail on this 14th Day of ~~April~~ April, 2025.

Respectfully Submitted,
Joseph C. Bannon
Plaintiff

Putnamville Correctional Facility
1946 West US Highway 40
Green Castle, IN 46135

Pg 2 of 2

PUTNAMVILLE CORRECTIONAL FACILITY
1946 WEST U. S. HWY 40
GREENCASTLE, INDIANA 46135

OFFENDER STATIONARY

TO: Clerk of the United States District Court
Southern District of Indiana
Indianapolis Division,


I Joseph Carter Bannon, Plaintiff, have changed address once again to Putnamville Correctional Facility, Located at 1946 West US Highway 40 Greencastle, IN. 46135. Plaintiff was residing/housed at the Reception diagnostic Center (RDC) 727 MOON Rd. Plainfield, IN.


I am expecting to be residing at this address until 5-19-25 until my release, Please Send all Mail to this location. Also, Please resend all Mail Sent to RDC to this address. Thank You!

Respectfully,
Joseph C. Bannon

#206039



Joseph C. Bannon #206039
Indiana Department of Correction
Putnamville Correctional Facility
1946 West US Highway 40
Greencastle, IN 46135

This stamp identifies this correspondence as having been mailed by an incarcerated individual at the above correctional facility.

"WARNING": Not responsible for contents. Any enclosed money order should be referred to your local postmaster before cashing.

SF 36014 (R4 / 3-15)

INDIANAPOLIS IN 460

16 APR 2025 PM 7 L

US POSTAGE
ZIP 46135
02 4W
0000384966
$ 000.69°
APR 15 2025

United States District Court
Southern District of Indiana
Indianapolis Division
46 E. OHIO St
Indianapolis, IN
46250

FILED
APR 21 2025
U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

46204Bl903 C00S9