UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOSEPH CARTER BANNON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:25-cv-00351-JMS-TAB ) |
| MICHELLE R.N, MULLINS R.N, GINA R.N, | ) ) ) ) |
| Defendants. | ) |

**ORDER DIRECTING PLAINTIFF TO UPDATE ADDRESS**

Plaintiff filed this civil rights action on February 21, 2025. Dkt. 1. The Court advised Plaintiff that he had a duty to update his address "[w]ithin ten (10) days of any change, while this action remains pending[.]" Dkt. 4. Plaintiff did update his address upon his release from incarceration, but the Court's last order to that address was returned as undeliverable. Dkt. 27. Plaintiff has not contacted the Court to provide another updated address.

Plaintiff has **through December 22, 2025**, to file a notice of updated address with the Court. If he fails to do so by this deadline, this action may be dismissed without prejudice for failure to prosecute. This Order will be sent to his last known address in case the previous order was returned in error.

**SO ORDERED.**

Date: 12/1/2025

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF
and to the following via U.S. Mail:

JOSEPH CARTER BANNON
1126 East 105th St.
Carmel, IN 46082